JAKE HOEFFNER V. THE STATE.

No. 22192. Delivered June 17, 1942.

The opinion states the case.

*Houston McMurry*, of Henrietta, for appellant.

*Spurgeon E. Bell*, State's Attorney, of Austin, for the State.

GRAVES, Judge.

The conviction is for operating an automobile upon a public highway while intoxicated; penalty assessed at a fine of $75.00.

There is no notice of appeal found in the record. Such notice is necessary before the jurisdiction of this court attaches. Art. 827, C. C. P.

The appeal is therefore dismissed.